# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ARGUETA,<br><br>Defendant. | Case No. 06-10145-JTM |

## MEMORANDUM AND ORDER

On this 11th day of February, 2008, for the reasons the court stated on the record in the hearing on the government's Motion for Detention of defendant, Francisco Argueta, the motion is denied (Dkt. No. 20).  The court is satisfied by clear and convincing evidence that defendant's current conditions of release, together with three further conditions, will assure his appearance for sentencing in this case.  Those three further conditions are: 1) that defendant report daily to the U.S. Probation Office for the Southern District of Texas; 2) that defendant be placed on home confinement, following the policies and procedures of home confinement in the U.S. Probation Office for the Southern District of Texas; and 3) that defendant be placed on electronic monitoring.

Defendant is ordered released immediately to travel to Houston, Texas, where he is to report in person to the U.S. Probation Office for the Southern District of Texas.

IT IS SO ORDERED.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE